| | |
|---|---|
| **From:** | Daire, James A. |
| **Sent:** | Thursday, March 08, 2018 12:25 PM |
| **To:** | 'Alla V. Vorobets' |
| **Cc:** | Rothschild, Dina |
| **Subject:** | RE: FW: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v. Clear Channel Outdoor, Inc. Motion Hearing. |

OK. We will proceed without your approval as to form. I would still like to discuss this case with you live. Please call me back when convenient.

James Daire
415.659.5627
jdaire@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Phone: 415 543 8700; Fax:  415 391 8269


-----Original Message-----
From: Alla V. Vorobets [mailto:avorobets@vorobetslaw.com]
Sent: Thursday, March 08, 2018 12:22 PM
To: Daire, James A.
Cc: Rothschild, Dina
Subject: Re: FW: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v. Clear Channel Outdoor, Inc. Motion Hearing.

James,

I intended to say I am NOT agreeable to your latest Order you sent yesterday.

---
With kind regards,

Alla V. Vorobets
Attorney at Law

LAW OFFICES OF ALLA V. VOROBETS
4790 Dewey Drive, Suite J
Fair Oaks, CA 95628
916) 966-8529 (VLAW)
(916) 966-8527 Fax
www.vorobetslaw.com

CONFIDENTIALITY NOTE: The information contained in this email is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited.

If you have received this email in error, please notify us immediately by telephone, and permanently delete this email. Thank you.


On 2018-03-08 12:15 pm, Alla V. Vorobets wrote:
> James,
>
> I have been emailing back and forth with you the last few days, so
> your statement that "none of my four recent calls and messages has
> been returned" is false.
>
> I am agreeable as to the form of the latest Order you sent yesterday.
>
> Thank you.
>
> ---
> With kind regards,
>
> Alla V. Vorobets
> Attorney at Law
>
> LAW OFFICES OF ALLA V. VOROBETS
> 4790 Dewey Drive, Suite J
> Fair Oaks, CA 95628
> 916) 966-8529 (VLAW)
> (916) 966-8527 Fax
> www.vorobetslaw.com
>
> CONFIDENTIALITY NOTE: The information contained in this email is
> confidential and may also contain privileged attorney-client
> information or work product. The information is intended only for the
> use of the individual or entity to whom it is addressed. If you are
> not the intended recipient, you are hereby notified that any use,
> dissemination, distribution, or copying of this communication is
> strictly prohibited. If you have received this email in error, please
> notify us immediately by telephone, and permanently delete this email.
> Thank you.
>
>
> On 2018-03-08 12:08 pm, Daire, James A. wrote:
>> Alla,
>>
>> I was hoping to speak to you live but none of my four recent calls
>> and messages has been returned.  Your objection that Judge Mendez did
>> not say the exact words "the 10-year term is subject to Clear
>> Channel's termination rights" is not well taken.  Judge Mendez also
>> did not say the exact words "Hendessi is entitled to pursue his
>> claims that Clear Channel breached the contract and the implied
>> covenant of good faith and fair dealing by failing to pay Hendessi an
>> annual rent increase of three percent beginning November 1, 2015, to
>> the effective date of termination on March 31, 2017" but that was his
>> decision, which is why Clear Channel included in the original proposed order.

2

>> Judge Mendez clearly ruled that Clear Channel has the right to
>> terminate the lease at the end of any 60 day period, which means the
>> 10-year period is subject to Clear Channel's termination rights.  In
>> my view, you are trying to engineer an order that does not reflect
>> the Court's decision.  We will proceed with the attached form of
>> order and inform the Court that we were unable to secure your
>> approval as to form.
>>
>> Regards,
>> James
>>
>>
>> James Daire
>> 415.659.5627
>> jdaire@reedsmith.com
>> Reed Smith LLP
>> 101 Second Street, Suite 1800
>> San Francisco, CA 94105-3659
>> Phone: 415 543 8700; Fax:  415 391 8269
>>
>>
>>
>>
>> -----Original Message-----
>> From: Daire, James A.
>> Sent: Wednesday, March 07, 2018 2:44 PM
>> To: 'Alla V. Vorobets'
>> Subject: RE: FW: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v.
>> Clear Channel Outdoor, Inc. Motion Hearing.
>>
>> Please call me.
>>
>> -----Original Message-----
>> From: Alla V. Vorobets [mailto:avorobets@vorobetslaw.com]
>> Sent: Wednesday, March 07, 2018 2:43 PM
>> To: Daire, James A.
>> Subject: Re: FW: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v.
>> Clear Channel Outdoor, Inc. Motion Hearing.
>>
>> James,
>>
>> See revisions - highlighted for quick reference.  The highlighted
>> portion was stricken because the judge simply did not say that.
>>
>> Other than that, I am agreeable as to form.
>>
>> Should you choose not to incorporate the highlighted change - I am
>> not agreeable as to form.
>>
>> Thank you.
>>

\>\> ---
\>\> With kind regards,
\>\>
\>\> Alla V. Vorobets
\>\> Attorney at Law
\>\>
\>\> LAW OFFICES OF ALLA V. VOROBETS
\>\> 4790 Dewey Drive, Suite J
\>\> Fair Oaks, CA 95628
\>\> 916) 966-8529 (VLAW)
\>\> (916) 966-8527 Fax
\>\> www.vorobetslaw.com
\>\>
\>\> CONFIDENTIALITY NOTE: The information contained in this email is
\>\> confidential and may also contain privileged attorney-client
\>\> information or work product. The information is intended only for the
\>\> use of the individual or entity to whom it is addressed. If you are
\>\> not the intended recipient, you are hereby notified that any use,
\>\> dissemination, distribution, or copying of this communication is
\>\> strictly prohibited.
\>\> If you have received this email in error, please notify us
\>\> immediately by telephone, and permanently delete this email. Thank you.
\>\>
\>\>
\>\> On 2018-03-07 8:59 am, Daire, James A. wrote:
\>\>\> Alla,
\>\>\>
\>\>\> Your proposed revision is still substantive and thus improper, since
\>\>\> we are only asking you to approve the form of a proposed order.
\>\>\> But, to get this closed, we will accept it and move it to the
\>\>\> concluding paragraph, where the remaining claims are explained as
\>\>\> indicated in the attached.  Please reply to confirm your agreement
\>\>\> as to form so that my assistant can file this morning.
\>\>\>
\>\>\> James
\>\>\>
\>\>\> -----Original Message-----
\>\>\> From: Alla V. Vorobets [mailto:avorobets@vorobetslaw.com]
\>\>\> Sent: Tuesday, March 06, 2018 8:11 PM
\>\>\> To: Daire, James A.
\>\>\> Subject: Re: FW: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v.
\>\>\> Clear Channel Outdoor, Inc. Motion Hearing.
\>\>\>
\>\>\> James,
\>\>\>
\>\>\> Thank you for the transcript.  Here is the second round of revisions
\>\>\> (just one).  The inserted/revised language is straight from the
\>\>\> transcript.
\>\>\>
\>\>\> ---
\>\>\> With kind regards,
\>\>\>

4

```
>>> Alla V. Vorobets
>>> Attorney at Law
>>>
>>> LAW OFFICES OF ALLA V. VOROBETS
>>> 4790 Dewey Drive, Suite J
>>> Fair Oaks, CA 95628
>>> 916) 966-8529 (VLAW)
>>> (916) 966-8527 Fax
>>> www.vorobetslaw.com
>>>
>>> CONFIDENTIALITY NOTE: The information contained in this email is
>>> confidential and may also contain privileged attorney-client
>>> information or work product. The information is intended only for
>>> the use of the individual or entity to whom it is addressed. If you
>>> are not the intended recipient, you are hereby notified that any
>>> use, dissemination, distribution, or copying of this communication
>>> is strictly prohibited.
>>> If you have received this email in error, please notify us
>>> immediately by telephone, and permanently delete this email. Thank
>>> you.
>>>
>>>
>>> On 2018-03-06 7:46 pm, Daire, James A. wrote:
>>>> Alla,
>>>>
>>>> Thanks for getting back to me, but Clear Channel does not agree to
>>>> your proposed edits.  Your proposed edits are to substance, not to
>>>> form.  And, more importantly, they are not supported by Judge
>>>> Mendez's ruling.  I have attached the transcript from our hearing
>>>> to this email.
>>>>
>>>> Judge Mendez did not find that the lease automatically renewed for
>>>> 10
>>>> years; he assumed it to be true for purpose of Clear Channel's
>>>> motion and expressly acknowledged that Clear Channel's defenses on
>>>> that matter were preserved.  ("And for purposes of this motion, I
>>>> have to assume that the lease did renew for ten years. But for that
>>>> 17-month period before termination there wasn't the full amount
>>>> paid. I know you believe you have defenses to that.")
>>>>
>>>> In addition, Judge Mendez expressly awarded judgement on the
>>>> pleadings to Clear Channel as to Mr. Hendessi's claim for waste.
>>>> The
>>>> only claims that remain are for breach of contract and breach of
>>>> the implied covenant for the alleged failure to pay the annual rent
>>>> increase.  Again, Judge Mendez was very clear about that:  "The
>>>> judgment on the pleadings is granted but for that one specific
>>>> issue with respect to the breach of contract allegation on the
>>>> rent. All of the other claims, the judgment on the pleadings is
>>>> granted. It also means the breach of the covenant of good faith and
>>>> fair dealing remains but only on the rent issue."
>>>>
```

>>>> We will agree to the non-substantive edits you propose, as
>>>> reflected in the attached redline.
>>>>
>>>> We need to bring this matter to a close, so please let me know if
>>>> you consent to the attached.  If not, we will proceed as previously
>>>> advised tomorrow morning.
>>>>
>>>> Thanks again,
>>>> James
>>>>
>>>> -----Original Message-----
>>>> From: Alla V. Vorobets [mailto:avorobets@vorobetslaw.com]
>>>> Sent: Tuesday, March 06, 2018 7:21 PM
>>>> To: Daire, James A.
>>>> Subject: Re: FW: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v.
>>>> Clear Channel Outdoor, Inc. Motion Hearing.
>>>>
>>>> James,
>>>>
>>>> My changes as to the form of the order are attached.  Redline and
>>>> clean (incorporates my changes) versions are attached for ease of
>>>> reference.
>>>>
>>>> Obviously, approval is as to form only, not substance.
>>>>
>>>> Thank you for your patience.
>>>>
>>>> ---
>>>> With kind regards,
>>>>
>>>> Alla V. Vorobets
>>>> Attorney at Law
>>>>
>>>> LAW OFFICES OF ALLA V. VOROBETS
>>>> 4790 Dewey Drive, Suite J
>>>> Fair Oaks, CA 95628
>>>> 916) 966-8529 (VLAW)
>>>> (916) 966-8527 Fax
>>>> www.vorobetslaw.com
>>>>
>>>> CONFIDENTIALITY NOTE: The information contained in this email is
>>>> confidential and may also contain privileged attorney-client
>>>> information or work product. The information is intended only for
>>>> the use of the individual or entity to whom it is addressed. If you
>>>> are not the intended recipient, you are hereby notified that any
>>>> use, dissemination, distribution, or copying of this communication
>>>> is strictly prohibited.
>>>> If you have received this email in error, please notify us
>>>> immediately by telephone, and permanently delete this email. Thank
>>>> you.
>>>>
>>>>

```
>>>> On 2018-03-06 8:48 am, Daire, James A. wrote:
>>>>> Hi Alla,
>>>>>
>>>>> It's been a week since our hearing and six days since we sent over
>>>>> a proposed order, and we have sent follow up emails every day
>>>>> since then.  We are only asking that you approve it as to form,
>>>>> not as to substance.  Please reply today with your approval as to
>>>>> form so my assistant can timely submit.  If we don't receive your
>>>>> approval as to form, we intend to submit the proposed order at the
>>>>> end of the business day today, along with an explanatory note that
>>>>> we did not get your approval as to form.  Thanks for you attention
>>>>> to this.
>>>>>
>>>>> James
>>>>>
>>>>> FROM: Daire, James A.
>>>>> SENT: Monday, March 05, 2018 11:46 AM
>>>>> TO: 'Alla V. Vorobets'
>>>>> CC: Rothschild, Dina
>>>>> SUBJECT: RE: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v.
>>>>> Clear
>>>>> Channel Outdoor, Inc. Motion Hearing.
>>>>>
>>>>> Hi Alla,
>>>>>
>>>>> Following up on this; please reply with your approval as to form.
>>>>>
>>>>> Thanks,
>>>>>
>>>>> James
>>>>>
>>>>> FROM: Alla V. Vorobets [mailto:avorobets@vorobetslaw.com]
>>>>> SENT: Friday, March 02, 2018 2:04 PM
>>>>> TO: Daire, James A.
>>>>> SUBJECT: RE: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v.
>>>>> Clear
>>>>> Channel Outdoor, Inc. Motion Hearing.
>>>>>
>>>>>  I am in depo today. I will look at this draft on Monday.
>>>>>
>>>>>  Sent with AquaMail for Android [2] http://www.aqua-mail.com
>>>>>
>>>>>  On March 1, 2018 12:02:58 PM "Daire, James A."
>>>>> <JDaire@ReedSmith.com>
>>>>> wrote:
>>>>>
>>>>>> Hi Alla,
>>>>>>
>>>>>> Following up on this.
>>>>>>
>>>>>> Thanks,
>>>>>>
```

```
>>>>>> James
>>>>>>
>>>>>> FROM: Daire, James A.
>>>>>> SENT: Wednesday, February 28, 2018 12:48 PM
>>>>>> TO: avorobets@vorobetslaw.com
>>>>>> SUBJECT: FW: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v.
>>>>>> Clear Channel Outdoor, Inc. Motion Hearing.
>>>>>>
>>>>>> Alla,
>>>>>>
>>>>>> I have attached the proposed order that Judge Mendez instructed
>>>>>> me to prepare.  Please reply with your approval as to form.
>>>>>>
>>>>>> Thanks,
>>>>>>
>>>>>> James
>>>>>>
>>>>>> JAMES DAIRE
>>>>>> 415.659.5627
>>>>>> jdaire@reedsmith.com
>>>>>>
>>>>>> Reed Smith LLP
>>>>>> 101 Second Street, Suite 1800
>>>>>> San Francisco, CA 94105-3659
>>>>>> Phone: 415 543 8700; Fax:  415 391 8269
>>>>>>
>>>>>> FROM: caed_cmecf_helpdesk@caed.uscourts.gov
>>>>>> [mailto:caed_cmecf_helpdesk@caed.uscourts.gov]
>>>>>> SENT: Tuesday, February 27, 2018 3:10 PM
>>>>>> TO: CourtMail@caed.uscourts.dcn
>>>>>> SUBJECT: Activity in Case 2:17-cv-02175-JAM-DB Hendessi v. Clear
>>>>>> Channel Outdoor, Inc. Motion Hearing.
>>>>>>
>>>>>> THIS IS AN AUTOMATIC E-MAIL MESSAGE GENERATED BY THE CM/ECF
>>>>>> SYSTEM.
>>>>>> PLEASE DO NOT RESPOND TO THIS E-MAIL BECAUSE THE MAIL BOX IS
>>>>>> UNATTENDED.
>>>>>> ***NOTE TO PUBLIC ACCESS USERS*** JUDICIAL CONFERENCE OF THE
>>>>>> UNITED STATES POLICY PERMITS ATTORNEYS OF RECORD AND PARTIES IN A
>>>>>> CASE (INCLUDING PRO SE LITIGANTS) TO RECEIVE ONE FREE ELECTRONIC
>>>>>> COPY OF ALL DOCUMENTS FILED ELECTRONICALLY, IF RECEIPT IS
>>>>>> REQUIRED BY LAW OR DIRECTED BY THE FILER. PACER ACCESS FEES APPLY
>>>>>> TO ALL OTHER USERS.
>>>>>> TO AVOID LATER CHARGES, DOWNLOAD A COPY OF EACH DOCUMENT DURING
>>>>>> THIS FIRST VIEWING. HOWEVER, IF THE REFERENCED DOCUMENT IS A
>>>>>> TRANSCRIPT, THE FREE COPY AND 30 PAGE LIMIT DO NOT APPLY.
>>>>>>
>>>>>> U.S. DISTRICT COURT
>>>>>>
>>>>>> EASTERN DISTRICT OF CALIFORNIA - LIVE SYSTEM
>>>>>>
>>>>>> NOTICE OF ELECTRONIC FILING
```

>>>>>>
>>>>>> The following transaction was entered on 2/27/2018 at 3:10 PM PST
>>>>>> and filed on 2/27/2018
>>>>>>
>>>>>> CASE NAME:
>>>>>>
>>>>>> Hendessi v. Clear Channel Outdoor, Inc.
>>>>>>
>>>>>> CASE NUMBER:
>>>>>>
>>>>>> 2:17-cv-02175-JAM-DB [1]
>>>>>>
>>>>>> FILER:
>>>>>>
>>>>>> DOCUMENT NUMBER:
>>>>>>
>>>>>> 18(No document attached)
>>>>>>
>>>>>> DOCKET TEXT:
>>>>>> MINUTES (TEXT ONLY) FOR PROCEEDINGS BEFORE DISTRICT JUDGE JOHN A
>>>>>> MENDEZ: MOTION HEARING HELD ON 2/27/2018 ; MOTIONS TERMINATED:
>>>>>> [8] MOTIOIN FOR JUDGMENT ON THE PLEADINGS FILED BY CLEAR CHANNEL
>>>>>> OUTDOOR, INC. ; GRANTING IN PART AND DENYING IN PART [8] MOTION
>>>>>> FOR JUDGMENT.
>>>>>> COURT REQUEST DEFENSE TO PREPARE A APPROVED AS TO FORM ORDER FOR
>>>>>> THE COURT'S CONSIDERATION. PLAINTIFFS COUNSEL A. VOROBETS PRESENT.
>>>>>> DEFENDANTS COUNSEL J. DAIRE PRESENT. COURT REPORTER: K.
>>>>>> BARAJAS. (VINE, H)
>>>>>>
>>>>>> 2:17-CV-02175-JAM-DB NOTICE HAS BEEN ELECTRONICALLY MAILED TO:
>>>>>>
>>>>>> Alla V. Vorobets     avorobets@vorobetslaw.com
>>>>>>
>>>>>> James Aaron Daire    jdaire@reedsmith.com,
>>>>>> drothschild@reedsmith.com
>>>>>>
>>>>>> Scott David Baker    sbaker@reedsmith.com, cbosio@reedsmith.com,
>>>>>> drothschild@reedsmith.com
>>>>>>
>>>>>> 2:17-CV-02175-JAM-DB ELECTRONICALLY FILED DOCUMENTS MUST BE
>>>>>> SERVED CONVENTIONALLY BY THE FILER TO:
>>>>>>
>>>>>> * * *
>>>>>>
>>>>>> This E-mail, along with any attachments, is considered
>>>>>> confidential and may well be legally privileged. If you have
>>>>>> received it in error, you are on notice of its status. Please
>>>>>> notify us immediately by reply e-mail and then delete this
>>>>>> message from your system.
>>>>>> Please do not copy it or use it for any purposes, or disclose its
>>>>>> contents to any other person. Thank you for your cooperation.
>>>>>>

```
>>>>>> Disclaimer Version RS.US.201.407.01
>>>>>
>>>>>
>>>>> Links:
>>>>> ------
>>>>> [1] https://ecf.caed.uscourts.gov/cgi-bin/DktRpt.pl?324354
>>>>> [2]
>>>>> https://play.google.com/store/apps/details?id=org.kman.AquaMail
```